UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHESTER COLEMAN | CIVIL ACTION |
| VERSUS | NO: 07-3624 |
| MICHAEL ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: R |

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's Motion for Fees be GRANTED and reasonable attorney's fees be awarded in the amount of $1,921.88.

New Orleans, Louisiana, this 4th day of September, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE